People v Esperanza (2023 NY Slip Op 00282)

People v Esperanza

2023 NY Slip Op 00282

Decided on January 24, 2023

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: January 24, 2023

Before: Singh, J.P., Mendez, Shulman, Pitt-Burke, JJ. 

Ind. No. 4124/17 Appeal No. 14959 Case No. 2019-2057 

[*1]The People of the State of New York, Respondent,
v
Maria Esperanza, Defendant-Appellant.

An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Felicia A. Mennin, J. at motions; Arlene D. Goldberg, J. at nonjury trial and sentencing), J.), rendered November 1, 2018,
Said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and a decision and order of this Court having been entered on January 25, 2022 , holding the appeal in abeyance and the matter remitted for a Mapp/Dunaway hearing,
It is now unanimously ordered that the said appeal be and the same is hereby dismissed in accordance with the terms of the unopposed motion (M-2022-3808).
ENTERED: January 24, 2023